# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LUGANO DIAMONDS AND JEWELRY, INC.

PLAINTIFF(S),

v.

MORDECHAI FERDER, et al.

DEFENDANT(S).

CASE NUMBER:

2:25−cv−12108

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To:  All Counsel Appearing of Record

Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this case is hereby transferred to the __ Division for all further proceedings.

X   Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Southern_  Division.

This case has been reassigned to case number  _8:25−cv−02845−MRA (JDEx)_  and has been assigned to  _Judge Monica Ramirez Almadani_  for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby assigned to _Magistrate Judge John D. Early_  for:

X  any discovery and/or post-judgment matters that may be referred.

for all proceedings in accordance with General Order 05-07.

All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _8:25−cv−02845−MRA (JDEx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

**Please be advised that no further filings may be made under case number  _2:25−cv−12108_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By:  /s/ *Estrella Liberato*
 _Estrella_Liberato@cacd.uscourts.gov_
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*